IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JEFFERY SCOTT SEWARD SR.,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3790

Opinion filed February 7, 2017.

An appeal from an order of the Circuit Court for Santa Rosa County.
John F. Simon, Judge.

Jeffery Scott Seward Sr., pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      DISMISSED.

ROWE, KELSEY, and JAY, JJ., CONCUR.